IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY MIEDEMA, | § § § | |
| Plaintiff | § § | |
| V. | § § | CIVIL ACTION NO. 4:09-CV-02508 |
| FACILITY CONCESSION SERVICES INC. D/B/A SPECTRUM, | § § § § | |
| Defendant | § | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that KIMBERLY MIEDEMA, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 11th day of April, 2011, and the Memorandum and Order Denying the Motion to Alter Judgment entered on July 7, 2011.

Respectfully submitted,

LAW OFFICE OF W. MICHAEL TAYLOR

_____
W. Michael Taylor
State Bar No. 00789675
Federal I.D. No. 18250
28418 Jonsport Lane
Spring, Texas 77386
Telephone: (713) 582-2997
Facsimile: (832) 550-2860

**ATTORNEY FOR PLAINTIFF**

**Of Counsel:**

Craig K. Ribbeck
The Ribbeck Law Firm, PLLC
6363 Woodway, Suite 565
Houston, Texas 77057
Telephone: (713) 621-5220
Facsimile: (713) 572-1507

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served on the following counsel of record via facsimile on August 4, 2011:

Mr. Gregg Brown                                                     *512-472-0721*
Germer Gertz Beaman & Brown LLP
301 Congress Avenue, Suite 1700
Austin, Texas 78701

Mr. Stephen W. Schueler                                    *713-650-2400*
Winstead, P.C.
1100 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002

                                                                            _____
                                                                            W. MICHAEL TAYLOR